STATE OF NEW JERSEY v. FRANK THOMAS MILLER.

September 11, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. CURTIS JENKINS.

September 11, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. BARBARA HILL.

September 11, 1987.

Petition for certification granted.   (See 217 *N.J.Super.* 624)

STATE OF NEW JERSEY IN THE INTEREST OF
B.C., A JUVENILE.

September 11, 1987.

Petition for certification denied.